# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** New Bedford, MA  **Category No.** II  **Investigating Agency** DEA

**City** New Bedford
**County** Bristol

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 24-7348-JCB
Search Warrant Case Number: See Below
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

## Defendant Information:
**Defendant Name:** Marcos Diaz    Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
**Alias Name:**
**Address:** 785 Tarkiln Hill Road, New Bedford, Massachusetts
**Birth date (Yr only):** 1999   **SSN (last 4#):** 4148   **Sex:** M   **Race:** B   **Nationality:**

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information
**AUSA:** Kunal Pasricha, Mackenzie Duane   **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**
**Arrest Date:** 10/2/2024

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Bristol County House of Corrections   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/7/2024   **Signature of AUSA:** /s/

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Marcos Diaz

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

24-6824-MPK